Dismissed and Opinion filed September 19, 2002









Dismissed and Opinion filed September 19, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00504-CV

____________

 

VERNON A. WOLTER, Appellant

 

V.

 

M. GREGORY DONALDSON AND MELANIE P. DONALDSON, Appellees

 



 

On
Appeal from the 133rd District Court

Harris
County, Texas

Trial
Court Cause No. 01-31748

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 22, 2002.

On September 16, 2002, appellant filed a motion to dismiss because
he no longer desires to prosecute the appeal. 
See Tex. R. App. P. 42.1.  The motion is granted. 

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed September 19, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).